## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                    Case No. 17-10263

                                                          Claim No. : 5

ANGELA F ODAY

Debtor(s)

### NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address pertaining to NOTICES AND PAYMENTS, listed in the above stated case be changed.

**Address where Notices to the creditor be sent:**

| From | To |
|---|---|
| Capital One Auto Finance, c/o Ascension Capital Group | Capital One Auto Finance c/o AIS Portfolio Services, LP |
| P.O. Box 201347 | 4515 N Santa Fe Ave. Dept. APS |
| Arlington, TX 76006 | Oklahoma City, OK 73118 |

**Address where Payment to the creditor be sent:**

| | |
|---|---|
| Capital One Auto Finance, c/o Ascension Capital Group | Capital One Auto Finance c/o AIS Portfolio Services, LP |
| P.O. Box 201347 | P.O. BOX 4360 |
| Arlington, TX 76006 | Houston, TX 77210-4360 |

Date: 11/30/2017

/s/ Mohammed Lala

Creditor's Authorized Agent for Capital One, N.A.