```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                            Case No. 17-10263-amc
Angela F ODay                                                     Chapter 13
Angela F ODay
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0313-2           User: PaulP                 Page 1 of 2                  Date Rcvd: Feb 20, 2018
                               Form ID: pdf900             Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2018.
db             +Angela F ODay,    MAILING ADDRESS,    23 Geneva Court,    Apt. A4,   Newark, DE 19702-2618
db            #+Angela F ODay,    6819 Guyer Avenue,    Philadelphia, PA 19142-2518
13850749       +Advanced Collection Bu,    Po Box 560063,    Rockledge, FL 32956-0063
13850755        CBE Group, Inc.,    Payment Processing Center,    PO Box 2193,    Waterloo, IA 50704-2193
13850756       +CCHA -Credit Clearinghouse,    Ccha,    Po Box 1209,    Lousiville, KY 40201-1209
13850751       +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
13850750       +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
13850752       +Capital One Auto Finance,    Attn: Bankruptcy Dept,    Po Box 30258,
                 Salt Lake City, UT 84130-0258
13870554       +CarMax Business Services LLC,    225 Chastain Meadows Court,    Kennesaw, GA 30144-5897
13850753       +Carmax Auto Finance,    Po Box 440609,    Kennesaw, GA 30160-9511
13877109       +Cavalry Spv I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                 Tucson, AZ 85712-1083
13850757       +City of Philadelphia,    Bureau of Administrative Adjudication,    913 Filbert Street,
                 Philadelphia, PA 19107-3117
13850758        Comenity Bank/Victoria Secret,    Po Box 18215,    Columbus, OH 43218
13850759        Commonwealth of Pennsylvania,    Department of Labor and Industry,    UI Payment Services,
                 P.O. Box 67503,    Harrisburg, PA 17106-7503
13850760        Convergent Outsourcing, Inc.,    PO Box 9004,    Renton, WA 98057-9004
13850764      #+First National Collection Bureau, Inc.,    610 Waltham Way,    Sparks, NV 89434-6695
13850766       +Iron Hill Apartments,    2 Burleigh Court,    Newark, DE 19702-2658
13850767       +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13850772       +Rickart Collection Systems, Inc.,    575 Milltown Rd,    P.O. Box 7242,
                 North Brunswick, NJ 08902-7242
13853694       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
13867861        US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
13850775       +Us Dept of Ed/Great Lakes Educational Lo,    2401 International,    Madison, WI 53704-3121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Feb 21 2018 02:08:17      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 21 2018 02:07:53
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 21 2018 02:08:13       U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 21 2018 02:10:02
                 Capital One Auto Finance c/o AIS Portfolio Service,     P.O. BOX 4360,    Houston, TX 77210-4360
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 21 2018 02:10:14
                 Capital One Auto Finance, a division of Capital On,    c/o Ascension Capital Group,
                 P.O. Box 165028,    Irving, TX 75016,    UNITED STATES 75016-5028
13899987        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 21 2018 02:15:41
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
13948293       +E-mail/Text: bankruptcy@phila.gov Feb 21 2018 02:08:17
                 CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13862104       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 21 2018 02:10:02
                 Capital One Auto Finance,    c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave,   Dept APS,
                 Oklahoma City, OK 73118-7901
13857469       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 21 2018 02:10:14
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 165028,   Irving, TX 75016-5028
13850761       +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 21 2018 02:08:29
                 Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
13850762       +E-mail/PDF: creditonebknotifications@resurgent.com Feb 21 2018 02:15:33       Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
13850763       +E-mail/Text: bankruptcy@pepcoholdings.com Feb 21 2018 02:07:44      Delmarva Power,
                 PO Box 13609,    Philadelphia, PA 19101-3609
13860979       +E-mail/Text: bankruptcy@pepcoholdings.com Feb 21 2018 02:07:44
                 Delmarva Power & Light Company,    5 Collins Drive, Suite 2133,   Mail Stop 84CPA42,
                 Carney's Point, NJ 08069-3600
13850765       +E-mail/Text: cio.bncmail@irs.gov Feb 21 2018 02:07:41      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
13890936        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 21 2018 02:15:34
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13850768        E-mail/Text: bankruptcy@loanme.com Feb 21 2018 02:08:29       Loanme Inc,
                 1900 S State St Ste 300,    Anaheim, CA 92806
13850771        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2018 02:15:49
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
```

```
District/off: 0313-2            User: PaulP              Page 2 of 2                  Date Rcvd: Feb 20, 2018
                                Form ID: pdf900          Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13922400         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2018 02:15:34
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13850769        +E-mail/Text: blegal@phfa.org Feb 21 2018 02:08:04      Pa Housing Finance Age,    Po Box 8029,
                 Harrisburg, PA 17105-8029
13850770        +E-mail/Text: bankruptcygroup@peco-energy.com Feb 21 2018 02:07:45       Peco Energy,
                 2301 Market Street,    Philadelphia, PA 19103-1380
13922949        +E-mail/Text: blegal@phfa.org Feb 21 2018 02:08:04      Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
13860704        +E-mail/Text: equiles@philapark.org Feb 21 2018 02:08:29       Philadelphia Parking Authority,
                 701 Market Street Suite 5400,    Philadelphia, PA 19106-2895
13870666         E-mail/Text: bnc-quantum@quantum3group.com Feb 21 2018 02:07:47
                 Quantum3 Group LLC as agent for,    ACE Cash Express INC,    PO Box 788,
                 Kirkland, WA 98083-0788
13881799         E-mail/Text: bnc-quantum@quantum3group.com Feb 21 2018 02:07:47
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
13850773        +E-mail/Text: elevate@ebn.phinsolutions.com Feb 21 2018 02:08:34       Rise,
                 4150 International Plaza,    Fort Worth, TX 76109-4892
13850774        +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 02:10:13       Synchrony Bank/Walmart,
                 Po Box 965064,    Orlando, FL 32896-5064
13850777         E-mail/Text: james.feighan@phila.gov Feb 21 2018 02:08:30       Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                               TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                 Tucson, AZ 85712-1083
13850754*       +Carmax Auto Finance,    Po Box 440609,    Kennesaw, GA 30160-9511
13850776*       +Us Dept of Ed/Great Lakes Educational Lo,     2401 International,    Madison, WI 53704-3121
                                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2018 at the address(es) listed below:
```
              DAVID M. OFFEN    on behalf of Debtor Angela F ODay dmo160west@gmail.com, davidoffenecf@gmail.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANGELA F ODAY                               Chapter 13

                    Debtor        Bankruptcy No. 17-10263-AMC

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this ___20th___ day of ___February___, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-


Debtor:
ANGELA F ODAY

23 GENEVA COURT  APT A4

NEWARK, DE 19702-